E-FILED
Friday, 06 September, 2019 04:17:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**DARWIN RAMIREZ,**

       **Plaintiff,**

**v.**                                          Case No. 13-3362

**RICHARD YOUNG, et al.,**

       **Defendant.**

### ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled between Plaintiff and Defendants Richard Young, Tarry Williams, Jeff Korte, and Jay Alexander.

    **IT IS, THEREFORE, ORDERED as follows:**

    1.  The parties are hereby directed to file with the court, within **thirty-five (35) days** of the date of this order, a stipulation of dismissal signed by these parties.

    2.  All time tables and scheduled hearings are VACATED as to Defendants Richard Young, Tarry Williams, Jeff Korte, and Jay Alexander until further order.

ENTERED this 6th day of September, 2019.

                                                      s/ERIC I. LONG
                                        UNITED STATES MAGISTRATE JUDGE