# Fw: Ramirez v. Godinez, 13-3362

**VanFleet, Lindsay**

Mon 5/18/2020 9:54 AM

To: VanFleet, Lindsay <LVanFleet@atg.state.il.us>;

**From:** Landers, Janet M (CMS-Benefits) [mailto:Janet.M.Landers@illinois.gov]
**Sent:** Friday, May 15, 2020 1:30 PM
**To:** Staley, Nicholas <NStaley@atg.state.il.us>; Jennings, Melissa <Melissa.Jennings@illinois.gov>
**Cc:** Berlin, Janis <Janis.Berlin@illinois.gov>
**Subject:** RE: Ramirez v. Godinez, 13-3362

Good Afternoon,

The settlement agreement for Ramirez v Godinez 13 CV 3362 has been received by the Comptroller's Office. The voucher number for this is 416 019493319 dated 05/14/20. Below are screen shots from the IOC website showing that it is now listed as a pending payment for Elgron Inc (Loevy & Loevy). This information can be accessed on IOC website under Vendor Payments by entering the FEIN and the name Elgron. You would then click on PENDING PAYMENTS and you will see what has been received by IOC but hasn't been paid.



| Payment Voucher Description | |
|---|---|
| Line | Text |
| 1 | PAYMENT PURSUANT TO STATE EMPLOYEES INDEMNIFICATION ACT FULL |
| 2 | AND FINAL SETTLEMENT OF RAMIREZ V GODINEZ 13-CV-3362 ILLINO |
| 3 | IS DEPARTMENT OF CORRECTIONS |
| 61 | FULL AND FINAL SETTLEMENT OF CASE 13CV3362 |



VOUCHER: 416 019493319    DATE: 05/14/2020    AMOUNT: [redacted]

VENDOR: *****1670 A    INVCE #: 13CV3362
BATCH NUM:
ELGRON INC      PROP BL DATE: 05/11/2020
LOEVY & LOEVY ATTORNEYS AT LAW    APP TYPE:    CHK CAT:
311 N ABERDEEN ST FL 3    MLTPL ACCT:    EFT IND: N
CHICAGO      IL 60607-1249 DRCT DPST IND: 0 DRCT DPST MLTPL:

Please let me know if you have any questions.

Thank you,
Janet